UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR05-57-RSL |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| CHRISTIAN ALEX FLORES, | ) | |
| Defendant. | ) | |

Offense charged:

    Felon in Possession

Date of Detention Hearing:   October 28, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant has been indicted for being a felon in possession of ammunition, having previously been convicted in the State of Washington for felonies including three counts of possession of methamphetamine, forgery, possession of stolen property, and taking a motor vehicle without permission.  He was released into federal custody after completing a 22 month

state court sentence for forgery.

(2) Defendant, at the age of 23, has compiled a lengthy criminal record with a consistent pattern of committing additional crimes after release. He has a number of previous failures to appear for court hearings. He has a history of drug use that has continued after treatment. His criminal history includes numerous attempts to elude police which has endangered others and resulted on one occasion in a collision with another vehicle and on another occasion resulting in a car chase that shut down SeaTac airport.

(3) Defendant poses a risk of nonappearance due to substance abuse, criminal history, poor performance on state supervision and a history of failing to appear for court hearings. He poses a risk of danger due to the nature of the instant offense, substance abuse and his criminal history.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of October, 2005.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91